# EXHIBIT 1



*Michael Amini*
ORIGINAL FURNITURE DESIGNS

# Chateau Beauvais
### C O L L E C T I O N

**Noble  Bark  Finish  #39**





# BEDROOM

*The sweeping influence of the visually stunning French Rococo design flourishes to dramatic life in the Chateau Beauvais Collection, bringing with it a sense of elegance that was once only seen in the castles of nobility.*

**EASTERN KING PANEL BED** 75014, 75024, 75037: also available in Queen, and Cal King.

**BEDSIDE CHEST** 75040

**ARMOIRE** 75080

**DRESSER MIRROR** 75060
**DRESSER** 75050

3





# ROMANTIC

**EASTERN KING PANEL BED**
75014, 75024, 75037: also
available in Queen and
Cal King.

**BEDSIDE CHEST** 75040

**GENTLEMAN'S CHEST** 75070



# LIVING ROOM



*Chateau Beauvais will warm the heart, as it makes an unmistakable statement of presence.*

**WOOD TRIM SOFA** 75815-ANGLD-39

**SWEETHEART CHAISE** 75845-ANGLD-00
**LEATHER AND FABRIC WOOD CHAIR**
75934-TRGLD-39

**WOOD TRIM CHAIR AND A HALF**
75838-ANGLD-00

**COCKTAIL OTTOMAN** 75879-ANGLD-00

**COCKTAIL TABLE** 75201
**END TABLE** 75202
**CONSOLE TABLE** 75260

**CURIO** 75505

7

# ELEGANCE



*With signature pierced carvings; intricate inlaid marquetry with a botanical feel; and bombe shaping, Chateau Beauvais boasts details that impress even the most discerning tastes.*

**HIGH BACK SETTEE** 75864-RDBRZ-39

**SWEETHEART CHAISE** 75845-ANGLD-00

**LEATHER AND FABRIC WOOD CHAIR**
75934-TRGLD-39

**COCKTAIL OTTOMAN** 75879-ANGLD-00

**WOOD TRIM CHAIR AND A HALF**
75838-ANGLD-00

**COCKTAIL TABLE** 75201
**END TABLE** 75202
**CONSOLE TABLE** 75260





# DINING ROOM



*Finished in a unique duo-tone finish named Noble Bark, Chateau Beauvais evokes images of French flair.*

**RECTANGULAR DINING TABLE** 75002: 84" extends to 144" with three 20" leaves.

**SIDE CHAIR** 75003
**ARM CHAIR** 75004

**CHINA AND BUFFET** 75005, 75006

**SIDEBOARD AND MIRROR** 75007, 75067

11



ORNATE

**RECTANGULAR DINING TABLE** 75002

**CURIO** 75505





DRAMATIC

**SIDEBOARD AND
MIRROR** 75007, 75067

# CHATEAU BEAUVAIS INDEX

## BEDROOM



**QUEEN PANEL BED**
Queen Panel Headboard 75012
H81.75 W70.5 D3.75

Queen Panel Footboard 75022
H36.5 W72.5 D3.75

Queen Rails and Wood Slats 75032
H9.75 W2.5 L81

**EASTERN KING PANEL BED**
King Panel Headboard 75014
H83.25 W86.75 D3.5

King Panel Footboard 75024
H37.75 W89.25 D5.5

Eastern King Rails and Wood Slats 75037
H9.75 W2.5 D81

**CALIFORNIA KING PANEL BED**
King Panel Headboard 75014
H83.25 W86.75 D3.5

King Panel Footboard 75024
H37.75 W89.25 D5.5

California King Rails and Wood Slats 75034
H9.75 W2.5 L85



**BEDSIDE CHEST 75040**
H32.25 W37 D20.25



**DRESSER MIRROR 75060**
H51.75 W59 D3
**DRESSER 75050**
H40.25 W75.5 D19.5



**GENTLEMAN 'S CHEST 75070**
H61.25 W47.25 D21.5

Gentleman's Chest Top 75070T
H34.5 W45.25 D19.75

Gentleman's Chest Base 75070B
H26.75 W47.25 D21.5



**ARMOIRE 75080**
H92 W54 D25.5

Armoire Top 75080T
H60 W50.25 D24.75

Armoire Base 75080B
H32 W54 D25.5

## UPHOLSTERY



**WOOD TRIM SOFA 75815-ANGLD-39**
L89 D44 H44



**UPHOLSTERED SWEETHEART CHAISE 75845-ANGLD-00**
L89 D42.5 H40



**HIGH BACK SETTEE 75864-RDBRZ-39**
L63 D44.75 H60



**FABRIC WOOD CHAIR 75834-BRONZ-39**
L33 D32.55 H53



**WOOD TRIM CHAIR AND A HALF 75838-ANGLD-39**
L47 D41.5 H43



**LEATHER/FABRIC WOOD CHAIR 75934-TRGLD-39**
L33 D32.55 H53



**UPHOLSTERED COCKTAIL OTTOMAN 75879-ANGLD-00**
L46 D32 H19

## OCCASIONAL TABLES



**RECTANGULAR COCKTAIL TABLE 75201**
H20.25 W54 D33



**END TABLE 75202**
H25.5 W29 D26.75



**CONSOLE TABLE 75260**
H34 W53.75 D19.5

## DINING ROOM



**RECTANGULAR DINING TABLE 75002**
H30.5 W46 L84
3 leaves L20", extends to 144"

Rectangular Dining Table Top 75002T
H4.5 W46 L84

Rectangular Dining Table Base 75002B
H26 W31.75 D69.5



**SIDE CHAIR 75003**
H46.75 W24.25 D31.75



**ARM CHAIR 75004**
H46.75 W25 D31.5



**CHINA AND BUFFET 75005/75006**
H92.25 W71.5 D21

China 75005
H60 W69.5 D19.5

Buffet 75006
H32.25 W71.5 D21



**SIDEBOARD MIRROR 75067**
H43 W56 D1.75
**SIDEBOARD 75007**
H41.5 W70.5 D20



**CURIO 75505**
H92.25 W52 D21.25

Curio Top 75505T
H59.75 W52 D21.25

Curio Base 75505B
H32.5 W51 D21.25

Designs, specifications, finishes and materials may change without notice. Product dimensions are ±2 inches. Please contact your sales representative for current information.

15



*Michael Amini*

CEO and Founder, Michael Amini, uses his extensive world travel as inspiration for AICO®'s luxurious and distinctive pieces. His use of traditional and unique design elements, exceptional materials, hidden features, and innovative production techniques all come together to form an unmatched heirloom quality product that can be enjoyed for generations.



8725 Rex Road, Pico Rivera, CA 90660
Phone (562) 222-2500 . Fax (562) 222-2525
www.amini.com . info@amini.com

Showrooms:
Las Vegas, World Market Center, C1601
High Point, IHFC C802

Contained herein are original designs that are protected by copyrights and/or design patents. The unauthorized reproduction of a copyrighted work is unlawful and subjects violators to substantial civil damages, criminal penalties, forfeiture of infringing goods, and payment of all litigation and attorney's fees. The penalties for unauthorized reproduction of a design-patented work include payment to the patent owner of damages and attorney's fees. Violations of copyrights and/or design patents can result in prosecution to the fullest extent permitted by law. Designs depicted are proprietary with AICO © All rights reserved. 0212

EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-687-895

**Effective date of registration:**

June 24, 2008

## Title

| | |
|---|---|
| **Title of Work:** | CHATEAU BEAUVAIS DRESSER |
| **Nature of Work:** | Ornamental Designs |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | July 30, 2007 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Jack Schmitt | | |
| **Author Created:** | 3-Dimensional sculpture | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Anonymous:** | Yes | **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Amini Innovation Corporation |
| | 8725 Rex Road, Pico Rivera, CA, 90660 |
| **Transfer Statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Daniel M. Cislo |
| **Date:** | June 11, 2008 |

**Registration #:**   VA0001687895

**Service Request #:**   1-82123026

CISLO & THOMAS LLP
Daniel M Cislo    08-21185
1333 2nd Street, Suite 500
Santa Monica, CA 90401













# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-707-601

**Effective date of registration:**

July 23, 2008

---

## Title

**Title of Work:** CHATEAU BEAUVAIS MIRROR

**Nature of Work:** Ornamental Designs

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 30, 2007          **Nation of 1st Publication:** United States

## Author

- **Author:** Jack Schmitt

**Author Created:** 3-Dimensional Sculpture

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Anonymous:** Yes          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Amini Innovation Corporation

8725 Rex Road, Pico Rivera, CA, 90660

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Daniel M. Cislo

**Date:** June 13, 2008

---

**Registration #:**    VA0001707601

**Service Request #:**    1-84543887

CISLO & THOMAS LLP
Daniel M. Cislo, Esq
1333 2nd Street
Suite 500
Santa Monica, CA 90401











# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-687-890**

**Effective date of registration:**

June 24, 2008

## Title

**Title of Work:** CHATEAU BEAUVAIS NIGHTSTAND

**Nature of Work:** Ornamental Designs

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 30, 2007          **Nation of 1st Publication:** United States

## Author

■ **Author:** Jack Schmitt

**Author Created:** 3-Dimensional sculpture

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Anonymous:** Yes          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Amini Innovation Corporation

8725 Rex Road, Pico Rivera, CA, 90660

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Daniel M. Cislo

**Date:** June 11, 2008

**Registration #:**    VA0001687890

**Service Request #:**   1-82507272

CISLO & THOMAS LLP
Daniel M Cislo   08-21192
1333 2nd Street
Sutie 500
Santa Monica, CA 90401











# EXHIBIT 5

US00D605873S

(12) **United States Design Patent** (10) Patent No.: **US D605,873 S**

Schmitt (45) Date of Patent: ** *Dec. 15, 2009

(54) **DRESSER**

(75) Inventor: **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee: **Amini Innovation Corporation**, Pico Rivera, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/310,103**

(22) Filed: **Jul. 25, 2008**

(51) **LOC (9) Cl.** .................................................. **06-04**
(52) **U.S. Cl.** ............................................. **D6/441**; 01/1
(58) **Field of Classification Search** .................. D6/432, D6/436–448, 470–472, 396–397, 477, 479; 312/114, 138.1, 204, 257.1, 278, 200, 107
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 107,479 | A | 9/1870 | Gilman |
| 2,009,225 | A | 7/1935 | Farrar |
| D109,986 | S | 6/1938 | Hickerson |
| D198,795 | S | 8/1964 | Hekler |
| D227,838 | S | 7/1973 | Adkinson |
| D234,177 | S | 1/1975 | Keller |
| D241,210 | S | 8/1976 | Elsen |
| D241,211 | S | 8/1976 | Elsen |
| D258,331 | S | 2/1981 | Brown |
| D258,333 | S | 2/1981 | Brown |
| D265,155 | S | 6/1982 | Bravo |
| D272,698 | S | 2/1984 | Aulbert et al. |
| D321,438 | S | 11/1991 | Pauer et al. |
| D341,561 | S | 11/1993 | Ball |
| D343,744 | S | 2/1994 | Keller |
| D346,915 | S | 5/1994 | Roser, Jr. |
| D350,656 | S | 9/1994 | Ferguson |
| D371,257 | S | 7/1996 | Paus |
| D373,033 | S | 8/1996 | Rosebrock |

| | | | |
|---|---|---|---|
| D374,783 | S | 10/1996 | Keller et al. |
| D383,330 | S | 9/1997 | Lowery |
| D384,518 | S | 10/1997 | Bergelin |
| D387,568 | S | 12/1997 | Walters, III et al. |
| D400,733 | S | 11/1998 | O'Hare |
| D406,202 | S | 3/1999 | Zaidman |
| D411,050 | S | 6/1999 | Keller et al. |
| D412,413 | S | 8/1999 | Keller et al. |
| D418,328 | S | 1/2000 | O'Hare |
| D419,796 | S | 2/2000 | O'Hare |
| D424,831 | S | 5/2000 | O'Hare |
| D425,329 | S | 5/2000 | O'Hare |

(Continued)

OTHER PUBLICATIONS

Ethan Allen Circular, Legacy Collection Dresser with Mirror (reflected in Mirror), p. 5, 1996.

(Continued)

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—Abraham Bahta
(74) *Attorney, Agent, or Firm*—Cislo & Thomas LLP

(57) **CLAIM**

I claim the ornamental design for a dresser, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a dresser showing my new design;

FIG. **2** is a left side view thereof;

FIG. **3** is a right side view thereof; and,

FIG. **4** is a top view thereof.

The broken lines are for environmental purposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**US D605,873 S**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D437,503 S | | 2/2001 | Ungaro |
| D443,438 S | | 6/2001 | O'Hare et al. |
| D447,887 S | | 9/2001 | O'Hare et al. |
| D448,205 S | | 9/2001 | O'Hare et al. |
| D450,203 S | | 11/2001 | Vaaler |
| D451,700 S | | 12/2001 | Vaaler |
| D454,729 S | | 3/2002 | Vaaler |
| D459,111 S | | 6/2002 | Tobin, Jr. |
| D467,095 S | | 12/2002 | Vaaler |
| D468,930 S | | 1/2003 | Berry, Jr. et al. |
| D469,626 S | | 2/2003 | Vaaler |
| D469,627 S | * | 2/2003 | Stanton ...................... D6/441 |
| D469,631 S | | 2/2003 | Vaaler |
| D469,982 S | | 2/2003 | Warren et al. |
| D470,686 S | | 2/2003 | O'Hare |
| D472,733 S | | 4/2003 | McDaniel et al. |
| D473,400 S | | 4/2003 | O'Hare |
| D474,054 S | | 5/2003 | Warren et al. |
| D474,922 S | | 5/2003 | Vaaler |
| D475,868 S | | 6/2003 | Vaaler |
| D476,505 S | | 7/2003 | Lenger |
| D477,725 S | | 7/2003 | McDaniel et al. |
| D480,236 S | | 10/2003 | Schmitt |
| D480,896 S | | 10/2003 | Paus |
| D481,555 S | | 11/2003 | Schmitt |
| D482,901 S | | 12/2003 | Stanton |
| D483,962 S | | 12/2003 | Stanton |
| D484,319 S | | 12/2003 | Domack |
| D485,079 S | | 1/2004 | Warren et al. |
| D487,201 S | | 3/2004 | Schmitt |
| D487,548 S | | 3/2004 | Schmitt |
| D488,638 S | | 4/2004 | Stanton |
| D488,936 S | | 4/2004 | Schmitt |
| D490,626 S | | 6/2004 | Risdon et al. |
| D508,795 S | | 8/2005 | Mirchand |
| D513,673 S | * | 1/2006 | Domack et al. .............. D6/441 |
| D518,311 S | * | 4/2006 | Domack et al. .............. D6/441 |
| D526,142 S | | 8/2006 | Schmitt |
| D526,510 S | | 8/2006 | Schmitt |
| D527,203 S | | 8/2006 | Schmitt |
| D529,310 S | * | 10/2006 | Schmitt ...................... D6/441 |
| D530,538 S | | 10/2006 | Schmitt |
| D530,539 S | * | 10/2006 | Schmitt ...................... D6/441 |
| D532,214 S | | 11/2006 | Schmitt |
| D532,625 S | * | 11/2006 | Schmitt ...................... D6/441 |
| D547,568 S | * | 7/2007 | Mohundro ................... D6/441 |
| D556,472 S | * | 12/2007 | Janke et al. .................. D6/441 |
| D557,037 S | * | 12/2007 | O'Hare et al. ............... D6/441 |
| D562,587 S | * | 2/2008 | Schmitt ...................... D6/441 |
| D564,784 S | * | 3/2008 | Schmitt ...................... D6/441 |
| D564,785 S | * | 3/2008 | Schmitt ...................... D6/441 |
| D568,633 S | * | 5/2008 | Domack et al. .............. D6/441 |

OTHER PUBLICATIONS

Thomasville Catalog, Replicas 1662 Triple Dresser and Mirror, p. 2, 1983.

America's Oak Furniture, Schiffer, 1988, Low Chest with Mirror, p. 90.

Golden Oak Furniture, Warren, 1992, Dresser with Mirror, p. 140.

Furniture Today, Genoa Collection Dresser with Mirror, p. 14, Oct. 11, 1999.

Thomasville, Palais Jardin Mirror Dresser and Door Chest, p. 12, 2002.

Furniture Today, Source Mktg. Group Mirror Dresser and Sumter Cabinet, p. 192, Oct. 14, 2002.

Furniture Today, Union City Imports China Hutch, p. 158, Oct. 19, 1998.

Furniture Today, AICO China Hutch, p. 15, Oct. 16, 2000.

Furniture Today, Broyhill China Hutch, p. 11, Apr. 16, 2001.

Furniture Today, Marge Carson wall unit, p. 126, Oct. 11, 1999.

Furniture Today, Pulaski Armoire, p. 33, Apr. 15, 2002.

Amini Innovation Corp. Monte Carlo Collection, #53000 Series, 2001, 2 pages.

Amini Innovation Corp. La Francaise Collection, #50000 Series, Sep. 11, 2002, 5 pages.

Amini Innovation Corp. Royal Oak Collection #31000 Series, Sep. 11, 2002, 1 page.

Amini Innovation Corp. Torino Collection, #56000 Series, Apr. 18, 2002, 1 page.

Amini Innovation Corp. Paradisio Collection #52000 Series, 2003, 1 page.

Amini Innovation Corp. Trevi Collection, Sep. 20, 2004, 2 pages.

* cited by examiner

Fig. 1



# Fig. 2



# Fig. 3







Fig. 4

# EXHIBIT 6

US00D610812S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D610,812 S**

Schmitt      (45) **Date of Patent:**    **   **Mar. 2, 2010**

(54) **MIRROR**

(75) Inventor: **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee: **Amini Innovation Corporation**, Pico Rivera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/310,104**

(22) Filed: **Jul. 25, 2008**

(51) **LOC (9) Cl.** .................................................. **06-07**

(52) **U.S. Cl.** ...................................................... **D6/300**

(58) **Field of Classification Search** .......... D6/300–314, D6/444, 505, 432, 568; 40/700, 721, 727, 40/738, 739, 742, 745, 768, 777, 778, 790–791; 312/204

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 107,479 | A | 9/1870 | Gilman |
| 2,009,225 | A | 7/1935 | Farrar |
| D109,986 | S | 6/1938 | Hickerson |
| D198,795 | S | 8/1964 | Hekler |
| D227,838 | S | 7/1973 | Adkinson |
| D234,177 | S | 1/1975 | Keller |
| D241,210 | S | 8/1976 | Elsen |
| D241,211 | S | 8/1976 | Elsen |
| D258,331 | S | 2/1981 | Brown |
| D258,333 | S | 2/1981 | Brown |
| D265,155 | S | 6/1982 | Bravo |
| D272,698 | S | 2/1984 | Aulbert et al. |
| D321,438 | S | 11/1991 | Pauer et al. |
| D341,502 | S | 11/1993 | Ball |
| D343,744 | S | 2/1994 | Keller |
| D346,915 | S | 5/1994 | Roser, Jr. |
| D350,656 | S | 9/1994 | Ferguson |
| D371,257 | S | 7/1996 | Paus |
| D373,033 | S | 8/1996 | Rosebrock |
| D374,783 | S | 10/1996 | Keller et al. |
| D383,330 | S | 9/1997 | Lowery |

| | | | |
|---|---|---|---|
| D384,518 | S | 10/1997 | Bergelin |
| D387,568 | S | 12/1997 | Walters, III et al. |
| D400,733 | S | 11/1998 | O'Hare |
| D406,202 | S | 3/1999 | Zaidman |
| D411,050 | S | 6/1999 | Keller et al. |
| D412,413 | S | 8/1999 | Keller et al. |
| D418,328 | S | 1/2000 | O'Hare |
| D419,796 | S | 2/2000 | O'Hare |
| D424,831 | S | 5/2000 | O'Hare |
| D425,329 | S | 5/2000 | O'Hare |
| D437,503 | S | 2/2001 | Ungaro |
| D443,438 | S | 6/2001 | O'Hare et al. |

(Continued)

OTHER PUBLICATIONS

Ethan Allen Circular, Legacy Collection Dresser with Mirror (reflected in Mirror) p. 5, 1996.

(Continued)

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—Sydney R Buffalow
(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57) **CLAIM**

I claim the ornamental design for a mirror, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of my mirror;

FIG. **2** is a left side view thereof;

FIG. **3** is a right side view thereof;

FIG. **4** is a perspective view thereof;

FIG. **5** is a fragmentary view of the top center portion thereof;

FIG. **6** is a fragmentary view of a portion of the perimeter ornamentation on the mirror; and,

FIG. **7** is a fragmentary view of the lower center portion of my mirror.

**1 Claim, 4 Drawing Sheets**



# US D610,812 S

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D447,887 | S | 9/2001 | O'Hare et al. |
| D448,205 | S | 9/2001 | O'Hare et al. |
| D450,203 | S | 11/2001 | Vaaler |
| D451,700 | S | 12/2001 | Vaaler |
| D454,729 | S | 3/2002 | Vaaler |
| D459,111 | S | 6/2002 | Tobin, Jr. |
| D467,095 | S | 12/2002 | Vaaler |
| D468,930 | S | 1/2003 | Berry, Jr. et al. |
| D469,626 | S | 2/2003 | Vaaler |
| D469,631 | S | 2/2003 | Vaaler |
| D469,982 | S | 2/2003 | Warren et al. |
| D470,686 | S | 2/2003 | O'Hare |
| D472,733 | S | 4/2003 | McDaniel et al. |
| D473,400 | S | 4/2003 | O'Hare |
| D474,054 | S | 5/2003 | Warren et al. |
| D474,922 | S | 5/2003 | Vaaler |
| D475,868 | S | 6/2003 | Vaaler |
| D476,505 | S | 7/2003 | Lenger |
| D477,725 | S | 7/2003 | McDaniel et al. |
| D480,236 | S | 10/2003 | Schmitt |
| D480,896 | S | 10/2003 | Paus |
| D481,555 | S | 11/2003 | Schmitt |
| D482,901 | S | 12/2003 | Stanton |
| D483,962 | S | 12/2003 | Stanton |
| D484,319 | S | 12/2003 | Domack |
| D485,079 | S | 1/2004 | Warren et al. |
| D487,201 | S | 3/2004 | Schmitt |
| D487,548 | S * | 3/2004 | Schmitt ...................... D6/444 |
| D488,638 | S | 4/2004 | Stanton |
| D488,936 | S * | 4/2004 | Schmitt ...................... D6/444 |
| D490,626 | S | 6/2004 | Risdon et al. |
| D508,795 | S | 8/2005 | Mirchand |
| D524,060 | S * | 7/2006 | Schmitt ...................... D6/300 |
| D526,142 | S | 8/2006 | Schmitt |
| D526,510 | S | 8/2006 | Schmitt |
| D526,793 | S * | 8/2006 | Schmitt ...................... D6/300 |
| D527,203 | S | 8/2006 | Schmitt |
| D529,310 | S | 10/2006 | Schmitt |
| D530,538 | S | 10/2006 | Schmitt |
| D530,539 | S | 10/2006 | Schmitt |
| D532,214 | S | 11/2006 | Schmitt |
| D532,625 | S | 11/2006 | Schmitt |
| D560,916 | S * | 2/2008 | Schmitt ...................... D6/300 |
| D579,214 | S * | 10/2008 | Hassett, Jr. ................... D6/300 |
| D579,244 | S * | 10/2008 | Hassett, Jr. ................... D6/505 |

### OTHER PUBLICATIONS

Thomasville Catalog, Replicas 1662 Triple Dresser and Mirror, p. 2, 1983.

America's Oak Furniture, Schiffer, 1988, Low Chest with Mirror, p. 90.

Golden Oak Furniture, Warren, 1992, Dresser with Mirror, p. 140.

Furniture Today, Genoa Collection Dresser with Mirror, p. 14, Oct. 11, 1999.

Thomasville, Palais Jardin Mirror Dresser and Door Chest, p. 12, 2002.

Furniture Today, Source Mktg. Group Mirror Dresser and Sumter Cabinet, p. 192, Oct. 14, 2002.

Furniture Today, Union City Imports China Hutch, p. 158, Oct. 19, 1998.

Furniture Today, AICO China Hutch, p. 15, Oct. 16, 2000.

Furniture Today, Broyhill China Hutch, p. 11, Apr. 16, 2001.

Furniture Today, Marge Carson wall unit, p. 126, Oct. 11, 1999.

Furniture Today, Pulaski Armoire, p. 33, Apr. 15, 2002.

Amini Innovation Corp. Monte Carlo Collection, #53000 Series, 2001, 2 pages.

Amini Innovation Corp. La Francaise Collection, #50000 Series, Sep. 11, 2002, 5 pages.

Amini Innovation Corp. Royal Oak Collection #31000 Series, Sep. 11, 2002, 1 page.

Amini Innovation Corp. Torino Collection, #56000 Series, Apr. 18, 2002, 1 page.

Amini Innovation Corp. Paradisio Collection #52000 Series, 2003, 1 page.

Amini Innovation Corp. Trevi Collection, Sep. 20, 2004, 2 pages.

* cited by examiner

*FIG. 1*



FIG.5

FIG.6

FIG.7

Case 2:14-cv-02464-JAK-SS   Document 1-1   Filed 04/01/14   Page 57 of 63   Page ID #:69

*FIG. 2*                                    *FIG. 3*



**U.S. Patent**          Mar. 2, 2010          Sheet 3 of 4          US D610,812 S

*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



EXHIBIT 7







B3600-N   Night Stand
32-1/5" x 19" x 30-3

B3600-C   Chest
44" x 19" x 53-3

B3600-QR   Queen Rail
82" x 9-1/4" x 2-3/4"

B3600-EKR   E. King Rail
82" x 9-1/4" x 2-3/4"

B3600 Series