Donald M. Cislo, Esq., No. 49,023
 *don@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
 *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
 *mnielsen@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Plaintiff,
AMINI INNOVATION CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| AMINI INNOVATION CORPORATION, a California corporation, | ) ) ) |
|  | ) |
| Plaintiff, | ) ) |
|  | ) |
| vs. | ) ) |
|  | ) |
| MCFERRAN HOME FURNISHINGS, INC., a California corporation, SHARON LIN, an individual, and DOES 1-9, inclusive, | ) ) ) ) ) |
|  | ) |
| Defendants. | ) ) ) |
| _____ | ) |

CASE NO. 2:14-cv-02464-JAK-SS

[Hon. John A. Kronstadt]

**NOTICE OF SETTLEMENT**

## NOTICE OF SETTLEMENT

Plaintiff Amini Innovation Corporation and Defendants McFerran Home Furnishings, Inc. and Sharon Lin, through counsel, hereby notify the Court that a settlement in principle of the above-captioned matter has been reached.

The parties are in the process of drafting a written settlement agreement pursuant to which this case will be dismissed.  The parties respectfully request that the Court permit the parties thirty (30) days to finalize the written settlement agreement and file a stipulation of dismissal.

The parties respectfully request that the Court stay or vacate any pending deadlines for this matter in light of the fact that this matter will be terminated shortly pursuant to the terms of the settlement.

Respectfully submitted,
CISLO & THOMAS, LLP

Dated: April 2, 2015          By:   /s/Donald M. Cislo
                                    Donald M. Cislo
                                    Daniel M. Cislo
                                    Mark D. Nielsen

                                    Attorneys for Plaintiff, AMINI
                                    INNOVATION CORPORATION

                                    CALL & JENSEN, APC

Dated: April 2, 2015          By:   /s/Scott P. Shaw
                                    Scott P. Shaw
                                    Cardon B. Smith

                                    Attorneys for Defendants,
                                    MCFERRAN HOME
                                    FURNISHINGS, INC. and SHARON
                                    LIN

T:\14-29001\Notice of Settlement.docx

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on April 2, 2015, I caused the foregoing document to be served by the Court's Electronic Filing System:

Scott P. Shaw, Esq.
sshaw@calljensen.com
Cardon B. Smith, Esq.
csmith@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 2, 2015, at Los Angeles, California.

/s/Stephanie Diaz-Sandoval
Stephanie Diaz-Sandoval

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

2